# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 21-526 MWF (MRW) | Date | January 5, 2022 |
|---|---|---|---|
| Title | Skipper v. Saul | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL OF SOCIAL SECURITY APPEAL

1.  This is a pro se action seeking district court review of a denial of Social Security disability benefits. According to the Court's pro se procedural order (Docket # 6), Plaintiff was required to file a memorandum stating the reasons for review of the decision within 35 days from the agency's service of the answer and administrative record in the action.

2.  The government filed those items on September 21, 2021. Plaintiff's memorandum therefore was due by or before October 26. However, the Court's docket indicates that Plaintiff failed to file anything in support of the appeal.

3.  Based on Plaintiff's inaction, the government cannot respond to Plaintiff's claims and the Court cannot properly adjudicate Plaintiff's appeal. Therefore, Plaintiff is ordered to show cause why this action should not be dismissed. Plaintiff may discharge this order by filing: (i) a statement (not to exceed 5 pages excluding exhibits) by or before January 28, 2022, explaining the delay in the case; and (ii) the substantive brief in support of the appeal.

4.  If no timely response is filed, the Court will likely recommend dismissal of the action under Federal Rule of Civil Procedure 41 for failure to prosecute and for failure to comply with this Court's order. Applied Underwriters, Inc. v. Lichtenegger, 913 F.3d 884 (9th Cir. 2019).